## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WILLIE LEE DAILEY III,
ADC #110112
a/k/a MALIK SHAHEED X

                                          PETITIONER

VS.                           5:09CV00013 WRW/JTR

ARKANSAS DEPARTMENT
OF CORRECTION                                            RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 26th day of February, 2009.

                                                  /s/Wm. R. Wilson, Jr.
                                     UNITED STATES DISTRICT JUDGE